# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE ARNOLD R., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. CV 22-9470-PSG (JPR) <br><br> **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Magistrate Judge's Report and Recommendation, and other records on file herein. The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Plaintiff's Motion for Summary Judgment is DENIED.

2. Defendant's Cross-Motion for Summary Judgment is GRANTED.

3. Judgment be entered consistent with this order.

4. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: 8/28/23

PHILIP S. GUTIERREZ
CHIEF U.S. DISTRICT JUDGE